**Antoine KNIGHTNOR; Demetrice Murray, Plaintiffs–Appellants,**

**v.**

**Ron ANGELONE; G. Johnson; R.A. Young; Page True; Elswick; J. Armentrout; Barton; R. Austin; J. Bentley; B. Edmonds; John Doe; L. Fleming; D. Mills; R. Riter; D. Armstrong; M. Pair; Mr. Ban, Defendants–Appellees.**

No. 01–6744.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2001.

Decided Sept. 11, 2001.

Antoine Knightnor, Demetrice Murray, pro se. Pamela Anne Sargent, Assistant Attorney General, Richmond, VA, for appellees.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Antoine Knightnor and Demetrice Murray appeal the district court order granting summary judgment in favor of the Defendants in this civil action challenging Division Operating Procedure 864, a prison grooming policy. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Knightnor v. Angelone,* CA–00–232–7 (W.D.Va. Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*